## Colaianni Appeal.

Argued September 30, 1957. Before JONES, C. J., BELL, CHIDSEY, ARNOLD, JONES and COHEN, JJ.

reargument refused November 8, 1957.

*Paul K. McCormick*, with him *Andrew Romito*, for appellant.

*D. J. Snyder, Jr.*, with him *Wayne R. Donahue* and *Kunkel & Trescher*, for appellees.

OPINION BY MR. CHIEF JUSTICE JONES, October 7, 1957:

The only difference between this case and *Parente Appeal*, 390 Pa. 249, 135 A. 2d 62, is that here the write-in votes were on voting machines in the City of Arnold, Westmoreland County, and were for candidates for nomination for City Council on the Republican ticket. What we held in the *Parente* case, supra, controls the decision in this case also.

Order affirmed.